UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHARLES EDWARDS,

                  Plaintiff,

  -against-

CITY OF NEW YORK AND JORGE ULLOA,

                  Defendants.
-------------------------------------------------------------------X

JUDGMENT
11-CV- 1923 (ENV)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 19 2012 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District

Judge, having been filed on July 18, 2012, dismissing the claims against Defendant Ulloa

without prejudice pursuant to Federal Rule of Civil Procedure 4(m); and granting the City's

motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) it is

     ORDERED, ADJUDGED AND DECREED that the claims against Defendant

Jorge Ulloa are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m)

and the claim against the City of New York is dismissed with prejudice.

Dated: Brooklyn, New York
      July 18, 2012

Douglas C. Palmer
Clerk of Court

Michele Gapinski      /
Chief Deputy for
Court Operations

